1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10

11 | ALBERT VANJACOBWAYNE HEER,    | 1:25-cv-000905-SKO (HC)
12 |             Petitioner,
13 |       v.                      | ORDER TRANSFERRING CASE TO THE
                                     SACRAMENTO DIVISION OF THE
14 | BAILEY O'BRYANT,              | EASTERN DISTRICT OF CALIFORNIA
15 |             Respondent.
16

17       Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

§ 1915.

       The petitioner is challenging a conviction from Stanislaus County, which is part of the

Sacramento Division of the United States District Court for the Eastern District of California.

Therefore, the petition should have been filed in the Sacramento Division.

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

court may, on the court's own motion, be transferred to the proper court. Therefore, this action

will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY

ORDERED that:

       1. This action is transferred to the United States District Court for the Eastern District of

1

1  California sitting in Sacramento; and

2      2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

    3. This court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __July 28, 2025__            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE